**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**ANDREW PEARSON**                                                               **PETITIONER**

**v.**                     **CASE NO. 2:15CV00149 BSM**

**C.V. RIVERA, Warden,**
**F.C.I. Forrest City, Arkansas**                                   **RESPONDENT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Patricia S. Harris and petitioner's objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, the recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED that petitioner Andrew Pearson's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied.

IT IS SO ORDERED this 4th day of May 2016.

                                                                                */s/ Brian S. Miller*
                                                      UNITED STATES DISTRICT JUDGE