**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**ANDREW PEARSON**                                                                           **PETITIONER**

**v.**                      **CASE NO. 2:15CV00149 BSM**

**C.V. RIVERA, Warden,**
**F.C.I. Forrest City, Arkansas**                                            **RESPONDENT**

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 4th day of May 2016.

_____
UNITED STATES DISTRICT JUDGE